**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

STACI ALMEDA ECKSTEIN,

      Plaintiff,

v.                                                                                   No. 2:24-cv-01301-KRS

CITY OF CLOVIS,
MIKE MORRIS,
CLOVIS POLICE DEPARTMENT,
ROY RICE,
CURRY COUNTY,
CURRY COUNTY DETENTION CENTER,
JOE ALANIZ,
LANCE A. PYLE,
STEPHEN R. WHITTINGTON,
JANEMARIE A. VANDER DUSSEN,
D. RODRIGUEZ,
JAMIE C.,
FNU GARCIA, and
UNNAMED OFFICERS AND AGENTS,

      Defendants.

**<u>ORDER DENYING MOTIONS TO COMPEL SERVICE</u>**

This case arises from *pro se* Plaintiff's arrest by City of Clovis Police Officers on September 18, 2024, her detention at the Curry County Detention Center, and related judicial proceedings. *See* Complaint for Violations of Civil Rights Pursuant to 42 U.S.C. § 1983, Doc. 1, filed December 27, 2024. Plaintiff subsequently filed a Second Amended Complaint. *See* Doc. 19, filed July 11, 2025.

Plaintiff filed a Petition for Writ of Prohibition stating that "the actions of CLOVIS MUNICPAL COURT and other defendants are inconsistent with the requirements of due process" and asking the Court to order Clovis Municipal Court to cease all related proceedings. Doc. 5, filed

December 27, 2024. The Court denied Plaintiff's Petition for Writ of Prohibition. *See* Doc. 20, filed July 21, 2025.

Plaintiff then filed a Motion to Vacate the Order Denying the Petition for Writ of Prohibition, and a week later on August 19, 2025 she appealed the denial of her Petition. *See* Motion to Vacate Petition, Doc. 24, filed August 12, 2025; Notice of Appeal, Doc. 27, filed August 19, 2025. The United States Court of Appeals abated the appeal pending this Court's disposition of Plaintiff's Motion to Vacate Petition. *See* Doc. 36, filed October 30, 2025. The Court denied Plaintiff's Motion to Vacate Petition on October 31, 2025. *See* Doc. 37. The appeal remains pending.

Plaintiff has filed three motions demanding that the Court order the United States Marshals Service to serve all named Defendants. *See* Plaintiff's Demand to Compel Service by U.S. Marshals, Doc. 34, filed September 22, 2025; Demand to Compel Service by U.S. Marshals, Doc. 41, filed June 22, 2026; Plaintiff's Demand to Compel Service by U.S. Marshals, Doc. 42, filed June 25, 2026.

Plaintiff is proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915, which provides that the "officers of the court shall issue and serve all process, and perform all duties in [proceedings *in forma pauperis*]"). 28 U.S.C. § 1915(d); Order, Doc. 9, filed February 28, 2026 (granting Plaintiff's Application to proceed *in forma pauperis*); Fed. R. Civ. P. 4(c)(3) (stating the Court must order that "service be made by a United States marshal or deputy marshal or by a person specially appointed by the court" "if the plaintiff is authorized to proceed in forma pauperis under 28 U.S.C. § 1915").

The Court denies Plaintiff's motions to compel service as premature. The statute governing proceedings *in forma pauperis* requires that "the court shall dismiss the case at any time if the

court determines . . . the action . . . fails to state a claim on which relief may be granted." 28 U.S.C. § 1915(e)(2). The Court will address service after the Court reviews the Second Amended Complaint to determine whether it states a plausible claim against each Defendant. The Court will review the Second Amended Complaint after the Tenth Circuit Court of Appeals resolves Plaintiff's appeal and transfers jurisdiction back to this Court.

**IT IS ORDERED** that the following motions are **DENIED:**

(i)     Plaintiff's Demand to Compel Service by U.S. Marshals, **Doc. 34**, filed September 22, 2025.

(ii)    Plaintiff's Demand to Compel Service by U.S. Marshals, **Doc. 41**, filed June 22, 2026.

(iii)   Plaintiff's Demand to Compel Service by U.S. Marshals, **Doc. 42**, filed June 25, 2026.

IT IS SO ORDERED this 9th day of July, 2026.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE